**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

**IN THE MATTER OF:**

Case No. 11-38692-AJC
Chapter 13

**William Lopez**
**Evelyn Medina**

Debtors
_________________________/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the Order Continuing Hearing on the Motion to Value and Determine Secured Status of Lien held by Wells Fargo, NA, DE 34, was sent via USPS Mail or electronic transmission to every party on the attached Matrix dated this 27th day of March, 2012.

CORONA LAW FIRM, P.A

/s/ Ricardo Corona, Esq.
RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7th Street, 2nd Floor
Miami, FL 33126
(305) 266-1150 Phone
(305) 266-1151 Fax

**Credit Mailing Matrix**
**Case No.: 11-38692-AJC**

**Office of the US Trustee**
51 SW 1st Avenue, Ste 1204
Miami, FL 33130

**Nancy Herkert, Trustee**
PO Box 279806
Miramar, FL 33027

**William Lopez**
**Evelyn Medina**
13917 SW 8 Terrace
Miami, Florida 33184

**Wells Fargo/Bank of America**
c/o Kahane & Associates, P.A.
MarcG. Granger. Esq.
8201 Peters Road, Suite 3000
Plantation, Florida 33324