

**ORDERED in the Southern District of Florida on July 26, 2012.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

WILLIAM LOPEZ
EVELYN MEDINA                                            Case No. 11-38692-AJC
                                                         Chapter 13

_____Debtors_____/

### AGREED ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY WELLS FARGO BANK (DE #34)

THIS CASE came to be heard on the Debtors' *Motion to Value and Determine Secured Status of Lien on Real Property held by Wells Fargo Bank NA, as Trustee for the Certificate holders of Bank of America Mortgage, Securities, Inc., Alternative Loan Trust 2005-10, Mortgage Pass-Through Certificates, Series 2005-10, its Successors and/or Assigns, by and through servicer Bank of America, NA* (Docket Entry #34).  Based upon the Debtors' assertions made in support of the Motion, having been advised that the parties have reached an agreement, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

1.  The value of the debtors' real property (the "Real Property") located at 4104 4th Street, W, Lehigh Acres, Florida 33971, more particularly described as:

    > **Legal Description: Lot 13, Block 15 in Lehigh Acres Unit 2
    > as recorded in Plat/map Book 15 at Page 77
    > of the Public Records of Lee County Florida**

    is $51,000.00 at the time of filing.

2.  The total of all claims secured by liens on the Real Property senior to the lien of Wells Fargo Bank NA, as Trustee for the Certificate holders of Bank of America Mortgage, Securities, Inc., Alternative Loan Trust 2005-10, Mortgage Pass-Through Certificates, Series 2005-10, its Successors and/or Assigns, by and through hits servicer Bank of America, NA (The "Lender") is $0.00.

3.  The Mortgage is recorded in the county records of Lee County, Instrument #2005000057244, pages 20 on October 6, 2005.

Consequently, it is **ORDERED** as follows:

1.  The Motion is **GRANTED**.

2.  Lender has an allowed secured claim in the amount of $51,000.00.

3.  Lender filed proof of claim 20-1 in this case. The Trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. The claim shall be classified as a secured claim in the amount of $51,000.00 and as a general unsecured claim in the amount of $84,615.19 regardless of the original classification in the proof of claim as filed.

4.  Lender's secured claim shall be paid during the plan by the Debtor paying principal and interest of $968.29 per month for months one (1) through sixty (60) at 5.25% interest, for a total of $58,097.11.

5.  The real property may not be sold or refinanced without proper notice and further order of the court.

6. Notwithstanding the foregoing, this Order is not recordable or enforceable until the Debtors receive a discharge in this chapter 13 case.

Submitted By:

RICARDO R. CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street, Suite 202-B
Miami, FL 33126
(305) 266-1150 Phone

Attorney for debtor is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.